UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WESTERN WATERSHEDS PROJECT,**
et al.,

      **Plaintiffs,**

          v.                                                          Civil Action No. 12-1113 (JDB)

**MIKE POOL, et al.,**

      **Defendants.**

# ORDER

Upon consideration of [16] defendants' motion to transfer to the District of Utah, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to transfer is **GRANTED**, and this case is hereby **TRANSFERRED** to the United States District Court for the District of Utah pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

                                                /s /
                                        JOHN D. BATES
                                  United States District Judge

Dated: <u>April 30, 2013</u>